# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. SMITH, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00860-BAM-PC<br><br>ORDER GRANTING MOTION TO AMEND (ECF NO. 15)<br><br>ORDER DIRECTING CLERK TO FILE SECOND AMENDED COMPLAINT LODGED ON FEBRUARY 29, 2016 (ECF NO. 16) |

Plaintiff Alfonso Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).[1] Pending before the Court is Plaintiff's motion for leave to file a second amended complaint, filed on February 29, 2016. (ECF No. 15.) On the same date, Plaintiff lodged with the Court a proposed second amended complaint. (ECF No. 16.)

This action was initiated by civil complaint filed on June 8, 2015. On December 16, 2015, an order was entered, finding that the complaint stated a claim for relief against Defendant Smith for excessive force in violation of the Eighth Amendment, but failed to state any other claims for relief. (ECF No. 10.) Plaintiff was directed to either file an amended complaint or notify the Court of his intention to proceed against Defendant Smith only. On January 12, 2016, Plaintiff filed a first amended complaint. On February 29, 2016, Plaintiff filed the motion for leave to file a second amended complaint that is now before the Court.

Under Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff may amend his complaint once, as a matter of course, at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Id. Because Plaintiff has already amended his complaint, he requires leave of court to file a second amended complaint.

---

[1] Plaintiff filed a consent to proceed before a magistrate judge on June 22, 2015. (ECF No. 8.)

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 445 F.3d 1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).  However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." Id.  The factor of "[u]ndue delay by itself . . . is insufficient to justify denying a motion to amend." Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 712 713 (9th Cir. 2001) (quoting Bowles v. Reade, 198 F.3d 752, 757-58 (9th Cir. 1999)).

Plaintiff requests leave to file a second amended complaint to correct errors in the first amended complaint, and to include references to an exhibit filed in support of the second amended complaint.  The proposed second amended complaint arises from the same events documented in the first amended complaint.  Because the first amended complaint awaits the Court's requisite screening and has not been served, there will be no undue delay or prejudice to Defendants in allowing Plaintiff to proceed with the second amended complaint.  Therefore, Plaintiff's motion for leave to file a second amended complaint should be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint, filed on February 29, 2016, is GRANTED; and
2. The Clerk is directed to file the second amended complaint lodged with the Court on February 29, 2016.

IT IS SO ORDERED.

   Dated:   **September 9, 2016**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2