# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. SMITH, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00860-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>[ECF No. 38] |

Plaintiff Alfonso Hall is a state prisoner proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's request for entry of default against Defendant D. Smith, filed on February 15, 2018. (ECF No. 38.) Plaintiff contends that Defendant Smith failed to respond to the complaint by the February 5, 2018 deadline.

Plaintiff is mistaken; Defendant Smith timely filed an answer on February 5, 2018. (ECF No. 36.) The attached proof of service indicates that it was served on Plaintiff at his address of record, and it may have crossed in the mail with the instant motion. Regardless, Defendant Smith has not failed to answer or otherwise defend this action.

Accordingly, Plaintiff's request for entry of default against Defendant Smith is HEREBY DENIED.

IT IS SO ORDERED.

　　Dated: **February 16, 2018**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE