UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HALL,<br><br>        Plaintiff,<br><br>   v.<br><br>D. SMITH, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00860-LJO-BAM (PC)<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>[ECF No. 37] |

Plaintiff Alfonso Hall is a state prisoner proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

On February 8, 2018, the Court issued an order authorizing the issuance of a subpoena duces tecum directing the Warden of CCI Tehachapi to produce the duty roster to show the correctional officers working on Facility 4B Building 8 on the dates of May 20, 2014 through and including May 23, 2014. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d). (ECF No. 37.)

The requisite notice having issued, pursuant to Federal Rule of Civil Procedure 45(a)(4), it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

   a. One (1) completed and issued subpoena duces tecum to be served on:

**William Sullivan, Warden**
**California Correctional Institution**
**24900 Highway 202**
**Tehachapi, California 93561**

      b.      One (1) completed USM-285 form; and

      c.      Two (2) copies of this order, one to accompany the subpoena and one for the USM;

2.      Within **twenty (20) days** from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3.      The USM SHALL effect personal service of the subpoena duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4.      Within **ten (10) days** after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: **February 21, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE