UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HALL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. SMITH, et al.,<br><br>　　　　　　Defendants. | Case No. 1:15-cv-00860-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE IDENTITIES OF DOE DEFENDANTS 1-4<br><br>(Doc. 47)<br><br>ORDER DIRECTING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT<br><br>**THIRTY-DAY DEADLINE** |

　　　　Plaintiff Alfonso Hall is a state prisoner proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to substitute the identifies of Doe Defendants 1 through 4. Plaintiff states that he has identified the Doe Defendants as (1) D. Coontz, Correctional Officer, PERNR #18662; (2) C. Wallace, Correctional Officer, PERNR #22966; (3) S. Carey, Correctional Officer, PERNR #24402; and (4) D. Handy, Correctional Officer, PERNR # 68696.

The Court finds good cause to allow Plaintiff to file a third amended complaint to substitute the identities of these Doe Defendants. Fed. R. Civ. P. 15(a). Plaintiff's motion presents his good faith assertion that he has diligently engaged in discovery and has now identified these Doe Defendants, and the Court finds no evidence of prejudice, bad faith, undue delay, or futility.

Plaintiff also requests that the Court order service of process. The Court informs Plaintiff that he must first amend his pleading to substitute the identity of each Doe Defendant in the allegations. Once Plaintiff files his third amended complaint, the Court will review and screen the third amended complaint. If the Court finds that Plaintiff has properly amended his pleading as instructed in this order, it will then direct the Clerk of the Court to send the forms to Plaintiff to initiate service of process.

Accordingly, Plaintiff shall be granted leave to file a third amended complaint, within thirty (30) days, for the sole purpose of identifying the Doe Defendants named above. Plaintiff should note that although he has been granted leave to amend, he may not change the nature of this suit by adding new, unrelated claims in his second amended complaint. *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). Plaintiff is further advised that an amended complaint supersedes the original complaint, *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc), and it must be "complete in itself without reference to the prior or superseded pleading," Local Rule 220. Each claim and the involvement of each defendant must be sufficiently alleged.

The third amended complaint should be clearly and boldly titled "Third Amended Complaint," refer to the appropriate case number (1:15-cv-00860-LJO-BAM), and be an original signed under penalty of perjury.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to substitute the identifies of Doe Defendants 1 through 4 (Doc. 47), is GRANTED;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a third amended complaint as discussed in this order; and

///

///

2

3. No requests for extension of time will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation for a sanction, potentially including a dismissal of a claim or party.

IT IS SO ORDERED.

Dated: **May 9, 2018**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE