| | |
|---|---|
| ALFONSO HALL,<br><br>            Plaintiff,<br><br>   v.<br><br>D. SMITH, et al.,<br><br>            Defendants. | Case No. 1:15-cv-00860-LJO-BAM (PC)<br><br>ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 120 DAYS<br><br>Date: **August 30, 2018**<br>Time: **10:00 a.m.**<br>Place**: Courtroom 9 (SAB)**<br>**Before Magistrate Judge Stanley A. Boone** |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Alfonso Hall is a state prisoner proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's second amended complaint against Defendant D. Smith and Defendant Does 1-4 for conditions of confinement in violation of the Eighth Amendment. Plaintiff is in the process of amending his complaint to substitute the identifies of the Defendant Does. (Doc. 48.)

The Court finds that a court-led settlement conference would be beneficial in this matter, and the parties have agreed. (Docs. 45, 49.) Defense counsel also indicates that they will likely represent the recently-identified Defendant Does once they are served, which would be conducive to a potential settlement of this action in its entirety. Although a discovery and scheduling order was recently issued in this matter, (Doc. 40), this case is at an early stage where many expenses and resources may be saved by a potential settlement.

Accordingly, this case will be referred to Magistrate Judge Stanley A. Boone to conduct a settlement conference at United States Courthouse in Fresno, California on **August 30, 2018, at 10:00 a.m.** The Court will issue the necessary transportation order in due course.

The parties shall each submit to Magistrate Judge Stanley A. Boone a confidential settlement conference statement, as described below, to arrive at least seven days (one week) prior to the conference. Further, the Court puts the parties on notice that if Plaintiff has any outstanding criminal restitution obligation, fines and/or penalties, these settlement negotiations shall not be geared towards what the restitution obligation is, but what the value the of the case itself is to each side, irrespective of any outstanding restitution obligation.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is STAYED for 120 days to allow the parties an opportunity to settle their dispute. <u>Plaintiff may submit his third amended complaint to substitute the identities of the Doe Defendants, as previously ordered</u>. (Doc. 48.) No other pleadings or other documents may be filed in this case during the stay of this action, except as provided herein or by subsequent court order. The parties are relieved from the obligation to respond to any discovery served prior to the issuance of this order, but may engage in informal discovery to prepare for the conference.

2. This case is set for a settlement conference before Magistrate Judge Stanley A. Boone on **August 30, 2018, at 10:0 a.m.**, at Courtroom 9 (SAB) in the United States Courthouse located at 2500 Tulare Street, Fresno, California.

3. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.

4. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and may be reset to another date.

5. Defendants shall provide a confidential settlement statement to the following email address: **saborders@caed.uscourts.gov**. Plaintiff shall mail his confidential settlement statement to U.S. District Court, 2500 Tulare Street, Fresno, California, 93721, "**Attention: Magistrate Judge Stanley A. Boone**." The envelope shall be marked "Confidential Settlement Statement". Settlement statements shall arrive no later than **August 23, 2018**. Parties shall also file a Notice of Submission of Confidential Settlement Statement. See Local Rule 270(d).

Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

    6.    The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

        a.    A brief statement of the facts of the case.

        b.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

        c.    An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

        d.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

        e.    A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

    7.    If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

    8.    The parties remain obligated to keep the Court informed of their current address during the stay and while the action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

    9.    <u>A failure to follow these procedures may result in the imposition of sanctions by the court</u>.

IT IS SO ORDERED.

Dated:   **May 17, 2018**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE