# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HALL,<br><br>    Plaintiff,<br><br>v.<br><br>D. SMITH, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00860-LJO-BAM (PC)<br><br>ORDER THAT INMATE ALFONSO HALL IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Alfonso Hall is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on August 30, 2018. Inmate Alfonso Hall, CDCR #AL-3164, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**August 30, 2018**__                     _____
                                                      UNITED STATES MAGISTRATE JUDGE