# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>D. SMITH, et.al.,<br><br>        Defendants. | Case No.: 1:15-cv-00860-LJO-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Alfondo Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2018, a settlement conference was conducted and the parties reached a settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __**August 30, 2018**__

                                              UNITED STATES MAGISTRATE JUDGE

1