UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>D. SMITH, et al.,<br><br>  Defendants. | Case No. 1:15-cv-00860-LJO-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE<br><br>(Doc. No. 61) |

Plaintiff Alfonso Hall is a state prisoner proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

On August 31, 2018, defense counsel filed a stipulation for voluntary dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 61.) The stipulation is signed and dated by Plaintiff and counsel for Defendants, indicating that the case has been resolved in its entirety.

The stipulation further states that the Court shall retain jurisdiction for the purposes of enforcing the terms of the settlement agreement. However, the settlement judge declines to retain

jurisdiction for such a purpose, and therefore that portion of the stipulation will not be adopted by the Court.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own litigation costs and attorney's fees. The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **September 4, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE